IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVIN BRANDIS PUGH,       ) | |
|                           ) | |
|     Plaintiff,           ) | |
|                           ) | CIVIL ACTION NO. |
|    v.                     ) | 2:25cv29-MHT |
|                           ) | (WO) |
| CLEBURNE COUNTY, ALABAMA, ) | |
|                           ) | |
|     Defendant.           ) | |

OPINION

Plaintiff filed this case asserting that the defendant county violated his rights under the Americans with Disabilities Act, the Equal Protection Clause of the 14th Amendment, and Title VI of the Civil Rights Act of 1964 due to its lack of an adequate public transportation system.  This case is before the court on the recommendation of the United States Magistrate Judge that this this action be dismissed without prejudice pursuant to 28 U.S.C. § 1406(a) for having been filed in an improper venue, or in other words, in the wrong district.  There are no objections to the recommendation.  After an independent and de

novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of June, 2025.

                                  /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**