IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **DEVIN BRANDIS PUGH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:25cv29-MHT |
| ) | (WO) |
| **CLEBURNE COUNTY, ALABAMA,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

This cause is now before the court on plaintiff's motion to proceed on appeal in forma pauperis (Doc. 29). The court previously construed plaintiff's notice of appeal (Doc. 20) as containing a motion to proceed on appeal in forma pauperis, denied the motion, and, pursuant to 28 U.S.C. § 1915(a), certified plaintiff's appeal as not taken in good faith. *See* Order (Doc. 23). Plaintiff's new motion to proceed on appeal in forma pauperis provides no basis for a different result. Indeed, it contains no explanation at all.

Accordingly, it is ORDERED that plaintiff's second

motion to proceed on appeal in forma pauperis (Doc. 29) is denied for the same reasons stated in the court's order (Doc. 23) denying the prior construed motion.

DONE, this the 3rd day of July, 2025.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE